IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MELCOMB W. HANKINS                                                    PLAINTIFF
ADC #117693

v.                              No. 3:20-cv-314-DPM

ROGER WATKINS, Landlord                                              DEFENDANT

JUDGMENT

Hankins's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 October 2020