IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MELCOMB W. HANKINS**                                        **PLAINTIFF**
**ADC #117693**

v.                          No. 3:20-cv-314-DPM

**ROGER WATKINS, Landlord**                           **DEFENDANT**

### ORDER

Motion for status update, *Doc. 6*, granted. Hankins's motion and the Court's 13 October 2020 Order and Judgment crossed in the mail. The Court directs the Clerk to send Hankins another copy of those papers, *Doc. 3 & 4*, and a copy of the docket sheet with this Order.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

   20 October 2020